UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 22-cr-00110-01 |
| VERSUS | JUDGE DONALD E. WALTER |
| KIMBERLY MAHONEY (01) | MAGISTRATE JUDGE HORNSBY |

**O R D E R**

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

**IT IS ORDERED** that Defendant's guilty plea is accepted, and the court hereby adjudges Defendant guilty of the offense charged in Count One of the Bill of Information.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 21st day of July, 2023.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE